JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YEN LILY HO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-cv-02008-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(***FIRST REQUEST***) |

　　　　Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by February 6, 2023. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet

available in this case.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until March 6, 2023.  If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On February 2, 2023, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 6, 2023.

Dated:  February 3, 2023

BLAINE T. WELSH
United States Attorney

/s/ *L. Jamala Edwards*
L. JAMALA EDWARDS
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2023