JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

MICHONNE L. OMO, SB IL 6309833
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4845
Facsimile: (415) 744-0134
E-Mail: michonne.omo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YEN LILY HO, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-02008-EJY ) |
| vs. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REMAND** |
| KILILO KIJAKAZI, Acting Commissioner of Social Security, | ) ) (***FIRST REQUEST***) |
| Defendant. | ) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 35-day extension of time to file her response to Plaintiff's motion to remand. The response is due to be filed by April 18, 2023. This is the Commissioner's first request for an extension of time to file the response.

Defendant submits that good cause exists for this extension request because the attorney tasked with writing the response was recently assigned to this case and has several concurrent deadlines, and therefore needs sufficient time to review the record, evaluate the issues raised in Plaintiff's motion to remand, and prepare Defendant's response. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Accordingly, Defendant requests an extension in which to respond to file the response until May 23, 2023.

The undersigned conferred with Plaintiff's counsel, who confirmed on April 12, 2023, that Plaintiff has no objection to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the response to Plaintiff's motion to remand, through and including May 23, 2023.

Dated: April 12, 2023

JASON M. FRIERSON
United States Attorney

/s/ *Michonne L. Omo*
MICHONNE L. OMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 12, 2023